FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 17 2008

CENTRAL DISTRICT OF CA
BY ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL CHAVEZ,<br><br>    Petitioner,<br><br>    v.<br><br>J.F. SALAZAR, Warden,<br><br>    Respondent. | NO. CV 08-8045-AHM (AGR)<br><br>**JUDGMENT** |

Pursuant to the Opinion and Order on a petition for writ of habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED.

DATED: December 16, 2008

_____
A. HOWARD MATZ
United States District Judge